JOHN AQUINO, INC., Appellant, v. LUIGI BOSCA & FIGLI and Another, Defendants, Impleaded with PETER S. GOGGI and Another, Doing Business under the Firm Name and Style of GOGGI BROS., Respondents.— Order awarding damages suffered by defendants Peter S. Goggi and Pio M. Goggi by reason of an injunction order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

HARRY BELL, Appellant, v. HENRY W. PHELPS and Another, Respondents.— Action based on alleged express or implied contract of employment. Order setting aside the verdict of the jury rendered in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN CESTONE, JR., as Administrator, etc., of VERONICA CESTONE, Deceased, Respondent, v. JOSEPH HARKAVY, M. D., Appellant.— In an action for damages for wrongfully causing death, order denying defendant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order herein. The complaint sufficiently alleges that the operating surgeon was incompetent and unskillful to the knowledge of defendant at the time he selected such surgeon and recommended him to the decedent, and the defendant was, therefore, negligent in so selecting and recommending him. (*Stage* v. *Michigan Central Railroad Co.*, 199 App. Div. 675, and cases cited.) Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

THOMAS CHEEGER, Appellant, v. JENNIE WORONA, Respondent, and Others, Defendants.— Order of the County Court of Dutchess county denying a motion for summary judgment affirmed, with ten dollars costs and disbursements. The affidavits in opposition to the motion show facts sufficient to warrant a trial of the defense. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.